```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARTFORD INSURANCE COMPANY OF
THE MIDWEST and HARTFORD
ACCIDENT AND INDEMNITY
INSURANCE COMPANY,

                Plaintiffs,

-against-

CONSULATE HOTEL ASSOCIATES, LLC,

                Defendant.

1:21-cv-7412 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

        This action was filed on September 3, 2021 [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on November 12, 2021. [ECF No. 10]. According to that summons, Defendant's response to the complaint was due November 26, 2021. [ECF No. 10]. No response was filed, and Plaintiffs have not prosecuted this case to date.

        Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by February 11, 2022. Plaintiffs are directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by February 11, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

Date: **January 12, 2022**
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**